1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   RICK DESHON,                              No.  2:13-cv-2084 DAD P

12                 Petitioner,

13        v.                                   ORDER

14   PLACER COUNTY,

15                 Respondent.

16

17         Petitioner, a county inmate proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. §  2254.  Petitioner has not, however, filed an in forma pauperis

19   affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20   will be provided the opportunity to either submit the appropriate affidavit in support of a request

21   to proceed in forma pauperis or submit the appropriate filing fee.

22         In accordance with the above, IT IS HEREBY ORDERED that:

23         1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25   failure to comply with this order will result in dismissal of this action without prejudice; and

26   /////

27   /////

28   /////

                                              1

1          2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2     form used by this district.

3     Dated:  October 23, 2013

4

5                                          _____
                                           DALE A. DROZD
6     DAD:9:kly                            UNITED STATES MAGISTRATE JUDGE
      desh2084.101a
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                  2